UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Megan Perkins, on behalf of herself and all others similarly situated,

                Plaintiff(s),

      -v-

The New York Times Company,

                Defendant(s).

-----------------------------------------------------------------X

22-cv-5202 (PKC)

ORDER

CASTEL, U.S.D.J.:

      Conference is scheduled for October 5, 2023 at 11:00 a.m. The conference will proceed telephonically. Call-in information is:

         Dial-In No.: 1-888-363-4749
         Access Code: 3667981#

      SO ORDERED.

                                      P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
        September 28, 2023