

J. Hunter Bryson
Partner
405 E. 50th Street, New York, NY 10022
Telephone: (919) 539-2708
Email: hbryson@milberg.com

April 22, 2024

*Motion for Class Certification and pre-motion letters regarding summary judgment are extended until June 6, 2024.*

*SO ORDERED*
*[signature] USDJ*
*4-24-24*

**VIA ECF**
The Honorable Kevin P. Castel
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   ***Perkins v. The New York Times Company d/b/a The New York Times***
      **Case No. 1:22-cv-05202 (PKC)**

Dear Judge Castel:

Pursuant to Paragraph 3(A) of the Court's Individual Practices, Plaintiff Megan Perkins ("Plaintiff") respectfully submits this Pre-Motion Letter in anticipation of moving to stay the deadlines for the case as described in ECF No. 45 by thirty days due to a scheduled mediation. The next Case Management Conference is scheduled for May 3, 2024.

Currently, the parties are scheduled to have a half day mediation with Marc E. Isserles of JAMS New York on April 25, 2024 at 10 am Eastern Standard Time. Both parties are attending this mediation to negotiate a potential resolution of this matter in good faith and have had a pre-mediation call with the mediator. Currently, Plaintiff's Motion for Class Certification is due on or before April 25, 2024 and pre-letter motions regarding Motions for Summary Judgment are due by May 2, 2024. Expert discovery concludes in June.

Plaintiff would request a thirty day stay of all current deadlines in ECF No. 45 to give the parties appropriate time to prepare for mediation, attend mediation, and effectuate any settlement agreement details thereafter should a settlement be reached by the parties. The Defendant does not object to the proposed stay request detailed herein.

Respectfully submitted,

*[signature]*

J. Hunter Bryson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

*Counsel for Plaintiffs and the Proposed Class*

Affiliates/Locations | California | Georgia | Kentucky | Mississippi | New York | North Carolina | Puerto Rico | South Carolina | Tennessee | Washington | Netherlands | Portugal | United Kingdom
www.milberg.com