**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MEGAN PERKINS on behalf of herself and
all others similarly situated,

                         Plaintiff,

     v.

THE NEW YORK TIMES COMPANY, d/b/a
THE NEW YORK TIMES,

                         Defendant.

Civil Action No. 1:22-cv-05202-PKC

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT AGREEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon:  (1) the accompanying Memorandum of Law, and

(2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties'

Class Action Settlement Agreement), Plaintiff Megan Perkins, through her undersigned

attorneys, will move this Court, before the Honorable P. Kevin Castel, United States District

Court Judge, Southern District of New York, at 500 Pearl Street, New York, New York, for an

Order, pursuant to Federal Rule of Civil Procedure 23(e):  (i) granting preliminary approval of

the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule

of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Philip L.

Fraietta and Alec M. Leslie of Bursor & Fisher, P.A., and J. Hunter Bryson of Milberg Coleman

Bryson Phillips Grossman, LLC as Class Counsel; (iv) appointing Plaintiff as the Class

Representative for the Settlement Class; (v) approving the Notice Plan for the Class Action

Settlement described in the Class Action Settlement Agreement and its Exhibits, as well as the

specific Notice of Class Action and Proposed Settlement (the "Proposed Notice"), attached as

2

Exhibits C-E to the Settlement Agreement, and directing distribution of the Proposed Notice;

and (vi) granting such other, further, or different relief as the court deems just and proper.

* * *

A Proposed Preliminary Approval Order is submitted herewith.

Dated:  July 26, 2024

                                                  Respectfully submitted,


                                                  By:     /s/ Philip L. Fraietta
                                                              Philip L. Fraietta

                                                  **BURSOR & FISHER, P.A.**
                                                  Philip L. Fraietta
                                                  Alec M. Leslie
                                                  1330 Avenue of the Americas
                                                  New York, NY 10019
                                                  Telephone:  (646) 837-7150
                                                  Facsimile:  (212) 989-9163
                                                  Email:  pfraietta@bursor.com
                                                              aleslie@bursor.com

                                                  J. Hunter Bryson (*pro hac vice*)
                                                  N.C. Bar No.: 50602
                                                  **MILBERG COLEMAN BRYSON**
                                                  **PHILLIPS GROSSMAN, PLLC**
                                                  900 W. Morgan Street
                                                  Raleigh, NC 27603
                                                  Telephone: 919-600-5000
                                                  Facsimile: 919-600-5035
                                                  hbryson@milberg.com

                                                  *Proposed Class Counsel*

2