UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN PERKINS on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, d/b/a *THE NEW YORK TIMES*,<br><br>Defendant.<br>. | Civil Action No. 1:22-cv-05202-PKC<br><br><br>Hon. P. Kevin Castel |

### NOTICE OF PLAINTIFF'S MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon (1) the accompanying Memorandum of Law; and (2) the Declaration of Philip L. Fraietta, Esq., and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Caroline Barazesh of Analytics Consulting LLC, Plaintiff Megan Perkins, through her undersigned attorneys, will move this Court, before the Honorable P. Kevin Castel, United States District Court Judge, Southern District of New York, at 500 Pearl Street, New York, New York on January 21, 2025, at 2:00 p.m. Eastern Time, for an Order pursuant to Federal Rule of Civil Procedure 23(e): granting final approval of the Class Action Settlement and further relief as the Court deems just and proper. The Parties have met and conferred about the filing of this Motion, and the Motion is unopposed.

***

A Proposed Final Approval Order is submitted herewith.

Dated: January 10, 2025                                        Respectfully submitted,

1

2

          By: */s/ Philip L. Fraietta*
                Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
Email: aleslie@bursor.com

J. Hunter Bryson (pro hac vice)
N.C. Bar No.: 50602
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: hbryson@milberg.com

*Class Counsel*